**Fill in this information to identify the case:**

Debtor name **Lonestar Taproot LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known) **26-18326-EJO**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 4, 2026**

*X* **/s/ Michael DuFrayne**
Signature of individual signing on behalf of debtor

**Michael DuFrayne**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name Lonestar Taproot LLC

United States Bankruptcy Court for the: District of New Jersey (State)

Case number (If known): 26-18326-EJO

q Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

## Part 1: Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from ***Schedule A/B*** | $ 3,302,445.06 |
| 1b. **Total personal property:** Copy line 91A from ***Schedule A/B*** | $ 37,500,271.74 |
| 1c. **Total of all property:** Copy line 92 from ***Schedule A/B*** | $ 40,802,716.80 |

## Part 2: Summary of Liabilities

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, ***Amount of claim,*** from line 3 of ***Schedule D*** | $ 210,593.86 |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of ***Schedule E/F*** | $ 0.00 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of ***Schedule E/F*** | + $ 339,713.67 |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ 550,307.53 |

**Fill in this information to identify the case:**

Debtor name: Lonestar Taproot LLC

United States Bankruptcy Court for the: District of New Jersey (State)

Case number (If known): 26-18326-EJO

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|
| 2. **Cash on hand** | $0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. PNC 7157; Wells Fargo 9805; Bank of America 2892 | | | $0.00 |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1. | $ |
| 4.2. | $ |

5. **Total of Part 1** — $0.00

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☒ Yes. Fill in the information below.

7. **Deposits, including security deposits and utility deposits**

| Description, including name of holder of deposit | **Current value of debtor's interest** |
|---|---|
| 7.1. Security and utility deposits — see continuation | $175,220.00 |
| 7.2. | $ |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | |
|---|---|
| 8.1. Prepaid expenses - see continuation | $ 95,232.00 |
| 8.2. | $ |

9. **Total of Part 2.** $ 270,452.00

Add lines 7 through 8. Copy the total to line 81.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 2,324.21 | – | 0.00 | = ........➔ | $ 2,324.21 |
| 11b. Over 90 days old: | | – | | = ........➔ | $ |

12. **Total of Part 3** $ 2,324.21

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4: Investments

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

14. **Mutual funds or publicly traded stocks not included in Part 1**

| Name of fund or stock: | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14.1. | | $ |
| 14.2. | | $ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| 15.1. | % | | $ |
| 15.2. | % | | $ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

| Describe: | | |
|---|---|---|
| 16.1. | | $ |
| 16.2. | | $ |

17. **Total of Part 4** $ 0.00

Add lines 14 through 16. Copy the total to line 83.

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
- ☒ No. Go to Part 6.
- ☐ Yes. Fill in the information below.

| **General description** | **Date of the last physical inventory** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| | MM / DD / YYYY | $ | | $ |
| 20. **Work in progress** | | | | |
| | MM / DD / YYYY | $ | | $ |
| 21. **Finished goods, including goods held for resale** | | | | |
| | MM / DD / YYYY | $ | | $ |
| 22. **Other inventory or supplies** | | | | |
| | MM / DD / YYYY | $ | | $ |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84. $ 0.00

24. **Is any of the property listed in Part 5 perishable?**
- ☒ No
- ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ☒ No
- ☐ Yes. Book value ______ Valuation method______ Current value______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
- ☒ No. Go to Part 7.
- ☐ Yes. Fill in the information below.

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| | $ | | $ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| | $ | | $ |

33. **Total of Part 6.** $0.00
Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**
- [x] No
- [ ] Yes. Is any of the debtor's property stored at the cooperative?
  - [ ] No
  - [ ] Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
- [x] No
- [ ] Yes. Book value $_____________ Valuation method _________________ Current value $______________

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
- [x] No
- [ ] Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
- [x] No
- [ ] Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
- [ ] No. Go to Part 8.
- [x] Yes. Fill in the information below.

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 39. **Office furniture** | | | |
| | $ | | $ |
| 40. **Office fixtures** | | | |
| | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Six computer and network equipment assets - fully depreciated | $0.00 | Net book value | $0.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $ | | $ |
| 42.2 | $ | | $ |
| 42.3 | $ | | $ |

43. **Total of Part 7.** $0.00
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- [ ] No
- [x] Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- [x] No
- [ ] Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 Seven vehicles, trailers, and utility vehicles - fully depreciated | $ 0.00 | Net book value | $ 0.00 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| 49. **Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 648 machinery, fixtures, and equipment assets - see continuation | $ 36,741,586.70 | Net book value | $ 36,741,586.70 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87. **$ 36,741,586.70**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1 Pyote land, Ward County; see continuation | Land | $ 459.56 | Net book value | $ 459.56 |
| 55.2 Pyote improvements/buildings; see continuation | Improvements/buildings | $ 2,460,475.78 | Net book value | $ 2,460,475.78 |
| 55.3 Tarbush, Pecos County; see continuation | Improvements/building | $ 841,509.72 | Net book value | $ 841,509.72 |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.** $ 3,302,445.06

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☒ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.** $ 0.00

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
- ☐ No
- ☒ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☒ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☐ No. Go to Part 12.
- ☒ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

______ Total face amount – ______ doubtful or uncollectible amount = ➔ $______

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

______ Tax year ______ $______
______ Tax year ______ $______
______ Tax year ______ $______

73. **Interests in insurance policies or annuities**

______ $______

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

______ $______

**Nature of claim** ______

**Amount requested** $______

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

______ $______

**Nature of claim** ______

**Amount requested** $______

76. **Trusts, equitable or future interests in property**

______ $______

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Receivable from Lonestar Dream; see continuation $ 485,908.83

______ $______

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90. $ 485,908.83

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 270,452.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 2,324.21 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 36,741,586.70 | |
| 88. **Real property.** *Copy line 56, Part 9.* . . . → | | $ 3,302,445.06 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 485,908.83 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $ 37,500,271.74 | + 91b. $ 3,302,445.06 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .......... $ 40,802,716.80

# OFFICIAL FORM 206A/B - CONTINUATION SHEET

**Schedule A/B: Assets - Real and Personal Property**

Lonestar Taproot LLC

Case 26-18326-EJO

Continuation 1 of 2

| Line | Description | Valuation basis | Current value |
|---|---|---|---|
| 7 | Frontier Mining security deposit - combined source components | Books and records | $ 175,000.00 |
| 7 | Rio Grande Electric Cooperative refundable electricity deposit | Books and records | $ 220.00 |
| 8 | DBR Land LLC - 150,000 barrels of fresh water | Books and records | $ 90,000.00 |
| 8 | Progressive auto insurance | Books and records | $ 5,232.00 |
| 11a | Monahans Iron and Metal - receivable for scrapped materials | Updated petition-date trial balance | $ 2,324.21 |
| 50 | 187 assets held for sale - transformers, dry coolers, control cabinets, Antboxes, and related fixed equipment | Net book value | $ 10,316,373.45 |
| 50 | 30 Pyote control cabinets - fixed asset clearing; separate asset IDs from offsite held-for-sale cabinets | Net book value | $ 505,234.20 |
| 50 | 53 transformers | Net book value | $ 3,861,576.23 |
| 50 | 1 substation-infrastructure asset | Net book value | $ 8,618,163.06 |
| 50 | 4 steel mobile homes | Net book value | $ 33,676.14 |

**OFFICIAL FORM 206A/B - CONTINUATION SHEET**

Lonestar Taproot LLC Case 26-18326-EJO | Petition date 07/22/2026

## Schedule A/B: Assets - Real and Personal Property

Continuation 2 of 2

| Q | Description | Valuation basis | Current value |
|---|---|---|---|
| 50 | 9 tools, machinery, and equipment assets; 2 have nonzero net book value | Net book value | $14,943.05 |
| 50 | 27 hydro cooling-system assets | Net book value | $2,311,276.35 |
| 50 | 155 immersion cooling-system assets | Net book value | $2,008,350.90 |
| 50 | 129 air cooling-system assets | Net book value | $5,563,443.07 |
| 50 | 24 electrical-system assets | Net book value | $2,384,600.47 |
| 50 | 3 construction-in-progress projects/material groups | Net book value | $1,054,222.87 |
| 50 | 26 containers | Net book value | $69,726.91 |
| 55.1 | Pyote site land - approximately 22.97 acres in Section 75, Block 34, Ward County, Texas. | Net book value; title subject to review | $459.56 |
| 55.2 | Pyote site improvements and buildings located on the Ward County land. | Net book value; improvements/buildings | $2,460,475.78 |
| 55.3 | Tarbush site, Pecos County, Texas - debtor-owned improvements and one building at the terminated DBR-owned leased site. | Net book value; improvements/building | $841,509.72 |
| 77 | Intercompany receivable from Lonestar Dream | Books and records; affiliate receivable | $485,908.83 |

**Fill in this information to identify the case:**

Debtor name Lonestar Taproot LLC

United States Bankruptcy Court for the: ______ District of New Jersey (State)

Case number (If known): 26-18326-EJO

❑ Check if this is an amended filing

# Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ❑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☒ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Creditor's name**
Ameris Bank

**Creditor's mailing address**
c/o Capital Premium Financing, LLC
P.O. Box 667180, Dallas, TX 75266-7180

**Creditor's email address, if known**
info@capitalpremium.net

**Date debt was incurred** 04/10/2026

**Last 4 digits of account number** 5 7 5 7

**Do multiple creditors have an interest in the same property?**
☒ No
❑ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
Property Insurance Policies and unearned / return premiums

Column A: $ 210,593.86 Column B: $ 309,777.67

**Describe the lien**
Security interest / assignment in policies and unearned/return premiums

**Is the creditor an insider or related party?**
☒ No
❑ Yes

**Is anyone else liable on this claim?**
☒ No
❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**2.2 Creditor's name**

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
❑ No
❑ Yes. Have you already specified the relative priority?
- ❑ No. Specify each creditor, including this creditor, and its relative priority.
- ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Column A: $______ Column B: $______

**Describe the lien**

**Is the creditor an insider or related party?**
❑ No
❑ Yes

**Is anyone else liable on this claim?**
❑ No
❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $ 210,593.86

**Fill in this information to identify the case:**

Debtor: Lonestar Taproot LLC

United States Bankruptcy Court for the: ____________ District of New Jersey (State)

Case number (If known): 26-18326-EJO

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☒ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>______<br>**Date or dates debt was incurred**<br>______<br>**Last 4 digits of account number** ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** ______<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $______ | $______ |
| **2.2** Priority creditor's name and mailing address<br>______<br>**Date or dates debt was incurred**<br>______<br>**Last 4 digits of account number** ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** ______<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $______ | $______ |
| **2.3** Priority creditor's name and mailing address<br>______<br>**Date or dates debt was incurred**<br>______<br>**Last 4 digits of account number** ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** ______<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $______ | $______ |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1 Nonpriority creditor's name and mailing address**
FlowX, LLC
3415 Greystone Drive, Suite 205
Austin, TX 78731

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:** Prepetition electricity charges; paid postpetition from deposit

$ 176,078.39

**Date or dates debt was incurred** Through 07/22/2026
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ❑ Yes

**3.2 Nonpriority creditor's name and mailing address**
Frontier Mining, LLC
7250 Dallas Pkwy., Suite 400
Plano, TX 75024

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:** Site operations, security, and expenses

$ 151,296.03

**Date or dates debt was incurred** 06/29/2026-07/22/2026
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ❑ Yes

**3.3 Nonpriority creditor's name and mailing address**
Moffitt Services
P.O. Box 4820
Houston, TX 77210-4820

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:** Fuel and monthly tank rentals

$ 6,220.33

**Date or dates debt was incurred** 06/01/2026-06/30/2026
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ❑ Yes

**3.4 Nonpriority creditor's name and mailing address**
R&R Construction Inc.
4629 S. Hwy 18
Monahans, TX 79756

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:** Portable sanitation rentals/services

$ 5,072.15

**Date or dates debt was incurred** 06/01/2026-07/22/2026
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ❑ Yes

**3.5 Nonpriority creditor's name and mailing address**
YMH, Inc. d/b/a Young's Homes
4830 Seminole Highway
Hobbs, NM 88240

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:** Workforce housing/service

$ 1,046.77

**Date or dates debt was incurred** 07/01/2026-07/22/2026
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ❑ Yes

**3.6 Nonpriority creditor's name and mailing address**
______________________
______________________
______________________

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:** ______________________

$ ______________________

**Date or dates debt was incurred** ______________
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ❑ No
- ❑ Yes

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. | + | $ 339,713.67 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 339,713.67 |

**Fill in this information to identify the case:**

Debtor name Lonestar Taproot LLC

United States Bankruptcy Court for the: District of New Jersey (State)

Case number (If known): 26-18326-EJO Chapter 11

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | Substation Inspection Services - client | One Shot Reliability LLC<br>19351 FM 1541, Canyon, TX 79015 |
| | **State the term remaining** | Ongoing until terminated | |
| | **List the contract number of any government contract** | N/A | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | Portable Restrooms Rentals - client | R&R Construction, Inc.<br>4629 S Highway 18, Monahans, TX 79756 |
| | **State the term remaining** | Ongoing until terminated | |
| | **List the contract number of any government contract** | N/A | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | Warehouse Lease Agreement - occupant | Shandong Liangtai Logistics Co., Ltd.<br>Room 1808, Business Building 1, No. 3323 Beihai Road, Weifang, Shandong, China |
| | **State the term remaining** | November 9, 2026 | |
| | **List the contract number of any government contract** | N/A | |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | Site Operating Services - client | Frontier Outpost 13, LLC<br>7250 Dallas Parkway, Suite 400, Plano, TX 75024 |
| | **State the term remaining** | Active at petition date; terminated July 31, 2026 | |
| | **List the contract number of any government contract** | N/A | |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | Dedicated Internet Access Services - customer | FiberLight, LLC<br>3000 Summit Place, Suite 200, Alpharetta, GA 30009 |
| | **State the term remaining** | February 29, 2028 | |
| | **List the contract number of any government contract** | N/A | |

Debtor: Lonestar Taproot LLC (Name) — Case number (if known): 26-18326-EJO

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Line | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Auto Insurance - named insured | Progressive County Mutual Insurance Company<br>P.O. Box 94739, Cleveland, OH 44101 |
| | State the term remaining | March 20, 2027 | |
| | List the contract number of any government contract | N/A | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Primary Commercial Property Insurance - insured | Navigators Specialty Insurance Company<br>Galleria North Tower One, 13737 Noel Road, 10th Floor, Dallas, TX 75240 |
| | State the term remaining | April 15, 2027 | |
| | List the contract number of any government contract | N/A | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Commercial General Liability Insurance - insured | Kinsale Insurance Company<br>2025 Staples Mill Rd., Richmond, VA 23230 |
| | State the term remaining | March 7, 2027 | |
| | List the contract number of any government contract | N/A | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Term Surface Use Agreement, as amended - grantee with surface-use rights | DBR Land LLC<br>5555 San Felipe, Suite 1200, Houston, TX 77056 |
| | State the term remaining | Terminated post-petition | |
| | List the contract number of any government contract | N/A | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Umbrella/Excess Liability Insurance - insured | Kinsale Insurance Company<br>2025 Staples Mill Rd., Richmond, VA 23230 |
| | State the term remaining | March 7, 2027 | |
| | List the contract number of any government contract | N/A | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Option Assignment Agreement, as amended - client/beneficiary | Manning Minerals, LLC<br>5701 Times Square, Amarillo, TX 79119 |
| | State the term remaining | September 30, 2026 | |
| | List the contract number of any government contract | N/A | |
| 2._ | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name Lonestar Taproot LLC

United States Bankruptcy Court for the: ______ District of New Jersey (State)

Case number (If known): 26-18326-EJO

☐ Check if this is an amended filing

# Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | Street<br>City State ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br>City State ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br>City State ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br>City State ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | Street<br>City State ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | Street<br>City State ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name Lonestar Taproot LLC

United States Bankruptcy Court for the: District of New Jersey (State)

Case number (If known): 26-18326-EJO

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☒ None

| | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From ____ (MM / DD / YYYY) | to Filing date | ☐ Operating a business<br>☐ Other ____ | $____ |
| **For prior year:** | From ____ (MM / DD / YYYY) | to ____ (MM / DD / YYYY) | ☐ Operating a business<br>☐ Other ____ | $____ |
| **For the year before that:** | From ____ (MM / DD / YYYY) | to ____ (MM / DD / YYYY) | ☐ Operating a business<br>☐ Other ____ | $____ |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2026 (MM / DD / YYYY) | to Filing date | Ramp card cash back, net of rounding | $ 547.82 |
| **For prior year:** | From ____ (MM / DD / YYYY) | to ____ (MM / DD / YYYY) | ____ | $____ |
| **For the year before that:** | From ____ (MM / DD / YYYY) | to ____ (MM / DD / YYYY) | ____ | $____ |

Debtor Lonestar Taproot LLC (Name) Case number (if known) 26-18326-EJO

**Part 2: List Certain Transfers Made Before Filing for Bankruptcy**

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer (*Check all that apply*) |
|---|---|---|---|---|
| 3.1. | See Attachment Q3<br>Creditor's name<br>Street<br>City State ZIP Code | | $ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.2. | Creditor's name<br>Street<br>City State ZIP Code | | $ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Insider's name<br>Street<br>City State ZIP Code<br>**Relationship to debtor** | | $ | |
| 4.2. | Insider's name<br>Street<br>City State ZIP Code<br>**Relationship to debtor** | | $ | |

Debtor Lonestar Taproot LLC Case number (if known) 26-18326-EJO

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | Creditor's name<br>Street<br>City State ZIP Code | | | $ |
| 5.2. | Creditor's name<br>Street<br>City State ZIP Code | | | $ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name<br>Street<br>City State ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | $ |

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | See Attachment Q7<br>Case number | | Name<br>Street<br>City State ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Case title<br>Case number | | Court or agency's name and address<br>Name<br>Street<br>City State ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor Lonestar Taproot LLC
Name

Case number (if known) 26-18326-EJO

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name<br>Street<br>City State ZIP Code | Case title<br>Case number<br>Date of order or assignment | $<br>Court name and address<br>Name<br>Street<br>City State ZIP Code |

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name<br>Street<br>City State ZIP Code<br>**Recipient's relationship to debtor** | | | $ |
| 9.2. Recipient's name<br>Street<br>City State ZIP Code<br>**Recipient's relationship to debtor** | | | $ |

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property).* | Date of loss | Value of property lost |
|---|---|---|---|
| | | | $ |

Debtor Lonestar Taproot LLC Case number (if known) 26-18326-EJO
Name

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | See Attachment Q11 | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City State ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City State ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |

Debtor Lonestar Taproot LLC Case number (if known) 26-18326-EJO

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | See Attachment Q13<br>Address: Street ___ City ___ State ___ ZIP Code ___<br>Relationship to debtor: ___ | | | $ |
| 13.2. | ___<br>Address: Street ___ City ___ State ___ ZIP Code ___<br>Relationship to debtor: ___ | | | $ |

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | See Attachment Q14<br>Street ___ City ___ State ___ ZIP Code ___ | From ___ To ___ |
| 14.2. | Street ___ City ___ State ___ ZIP Code ___ | From ___ To ___ |

Debtor Lonestar Taproot LLC
Name

Case number (if known) 26-18326-EJO

**Part 8: Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | Facility name<br>Street<br>City State ZIP Code | | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| 15.2. | Facility name<br>Street<br>City State ZIP Code | | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

**Part 9: Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☒ Yes. State the nature of the information collected and retained. See Attachment Q16

Does the debtor have a privacy policy about that information?

☒ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor Lonestar Taproot LLC
Name

Case number (if known) 26-18326-EJO

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | See Attachment Q18<br>Name<br>Street<br>City State ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other______ | | $ |
| 18.2. | Name<br>Street<br>City State ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other______ | | $ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Address | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| See Attachment Q20<br>Name<br>Street<br>City State ZIP Code | Address | | ☐ No<br>☐ Yes |

Debtor Lonestar Taproot LLC Case number (if known) 26-18326-EJO
Name

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| See Attachment Q21<br>Name<br>Street<br>City State ZIP Code | | | $ |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| Case number | Name<br>Street<br>City State ZIP Code | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Name<br>Street<br>City State ZIP Code | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Name<br>Street<br>City State ZIP Code | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name<br>Street<br>City State ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br>From _______ To _______ |

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.2. | Name<br>Street<br>City State ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br>From _______ To _______ |

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.3. | Name<br>Street<br>City State ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br>From _______ To _______ |

Debtor Lonestar Taproot LLC
Name

Case number (*if known*) 26-18326-EJO

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

❑ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | Pei-Hsuan Chiu / Lonestar accounting team<br>Name<br>3415 Greystone Drive, Suite 205<br>Street<br>Austin, TX 78731<br>City State ZIP Code | From 12/13/21 To Current |
| 26a.2. | Name<br>Street<br>City State ZIP Code | From ______ To ______ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

❑ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | Pei-Hsuan Chiu / Lonestar accounting team<br>Name<br>3415 Greystone Drive, Suite 205<br>Street<br>Austin, TX 78731<br>City State ZIP Code | From 07/23/24 To 07/22/26 |
| 26b.2. | Crowe LLP<br>Name<br>9 Greenway Plaza, Suite 2100<br>Street<br>Houston, TX 77046-0946<br>City State ZIP Code | From 2025 To 2026 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

❑ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Pei-Hsuan Chiu / Lonestar accounting team<br>Name<br>3415 Greystone Drive, Suite 205<br>Street<br>Austin, TX 78731<br>City State ZIP Code | Records available. |

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | Crowe LLP<br>Name<br>9 Greenway Plaza, Suite 2100<br>Street<br>Houston, TX 77046-0946<br>City State ZIP Code | Tax returns and workpapers; available. |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| | Name and address |
|---|---|
| 26d.1. | Name<br>Street<br>City State ZIP Code |

| | Name and address |
|---|---|
| 26d.2. | Name<br>Street<br>City State ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| | Name and address of the person who has possession of inventory records |
|---|---|
| 27.1. | Name<br>Street<br>City State ZIP Code |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

**Name and address of the person who has possession of inventory records**

27.2.
Name
Street
City State ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Zhibiao (Kevin) Pan | c/o Lonestar Taproot LLC, 3415 Greystone Drive, Suite 205, Austin, TX 78731 | Sole director / CEO; indirect owner | Indirect |
| Ruohan (Kathy) Zhang | c/o Lonestar Taproot LLC, 3415 Greystone Drive, Suite 205, Austin, TX 78731 | COO | 0% direct |
| Pei-Hsuan Chiu | c/o Lonestar Taproot LLC, 3415 Greystone Drive, Suite 205, Austin, TX 78731 | CFO | 0% direct |
| Michael DuFrayne | c/o Michael DuFrayne, CRO, 2564 US Highway 1, PMB #16884116, Lawrence, NJ 08648 | CRO / control person | 0% direct |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From ____ To ____ |
| | | | From ____ To ____ |
| | | | From ____ To ____ |
| | | | From ____ To ____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. | | | |

Name
Street
City State ZIP Code

**Relationship to debtor**

**Name and address of recipient**

30.2

Name

Street

City State ZIP Code

**Relationship to debtor**

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☐ No
- ☒ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
| Lonestar Dream Inc. | EIN: 87-2725105 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☒ No
- ☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/4/2026
MM / DD / YYYY

✘ /s/ Michael DuFrayne
Signature of individual signing on behalf of the debtor

Printed name Michael DuFrayne

Position or relationship to debtor Chief Restructuring Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

- ☐ No
- ☒ Yes

**Official Form 207 - Continuation Attachment**

Lonestar Taproot LLC Case 26-18326-EJO | Petition date 07/22/2026

## Q3 - Payments or transfers to creditors within 90 days

| Creditor | Dates | Amount | Reason |
|---|---|---|---|
| Frontier Mining, LLC; 7250 Dallas Parkway, Suite 400, Plano, TX 75024 | 04/24/26-07/16/26 | $689,732.68 | Site operations, security, and expenses |
| FiberLight, LLC; 950 W. Bethany Drive, Suite 200, Allen, TX 75013 | 04/24/26-07/09/26 | $20,538.24 | Telecommunications |
| LiveView Technologies, Inc.; 802 E. 1050 S., Suite 300, American Fork, UT 84003 | 04/24/26-07/15/26 | $19,008.00 | Security services |
| Moffitt Services; P.O. Box 4820, Houston, TX 77210-4820 | 04/24/26-07/09/26 | $10,878.97 | Fuel / tank services |
| R&R Construction Inc.; 4629 S. Highway 18, Monahans, TX 79756 | 05/02/26-07/07/26 | $8,994.83 | Site sanitation |
| **TOTAL** | | **$749,152.72** | **Payment total; creditor mailing/remittance addresses shown above** |

## Q7 - Legal actions, proceedings, investigations, arbitrations, and audits

| Case / matter | Court / address | Status / nature |
|---|---|---|
| Yonggang Gao v. Zhibiao Pan, Lonestar Dream, Taproot, et al.; D-1-GN-24-003302 | 98th Judicial District Court, Travis County, 1700 Guadalupe St., Austin, TX 78701 | Civil; pending/stayed |
| Zhibiao Pan, et al. v. Yonggang Gao; 03-26-00133-CV | Third Court of Appeals, 209 W. 14th St., Room 101, Austin, TX 78701 | Appeal; pending/stayed |
| DBR Land LLC v. Lonestar Taproot LLC; Cause No. P-13332-112-CV | 112th District Court, Pecos County, 103 W. Callaghan Street, Fort Stockton, TX 79735 | TSUA/equipment/land dispute; pending/stayed |

## Q11 - Payments related to bankruptcy or restructuring

| Recipient | Dates | Amount | Purpose / payor |
|---|---|---|---|
| Archer & Greiner, P.C.; 1025 Laurel Oak Road, Voorhees, NJ 08043 | 12/03/25-07/20/26 | $1,466,082.12 | Legal fees and retainers |
| DuFrayne, LLC; 2564 US Highway 1, PMB #16884116, Lawrence, NJ 08648 | 12/03/25-07/13/26 | $305,231.61 | CRO retainer, fees, and expenses |
| Kurtzman Carson Consultants, LLC d/b/a Verita Global; 222 N. Pacific Coast Highway, Suite 300, El Segundo, CA 90245 | 12/05/25-07/15/26 | $50,000.00 | Claims/administration retainers |
| McCarn, Weir & Sherwood, P.C.; 905 S. Fillmore Street, Suite 530, Amarillo, TX 79101 | 07/21/26 | $10,000.00 | Chapter 11 mineral-title retainer |
| **TOTAL** | | **$1,831,313.73** | |

Note: These payments were made by Lonestar Dream on behalf of Taproot. They overlap Dream disclosures and are not Taproot direct bank disbursements.

## Q13 - Other transfers within two years

| Recipient | Property / consideration | Date / value |
|---|---|---|
| Miguel Lopez; 410 N. Plaza Ave., Big Lake, TX 76932 | SkyTrak 10054 forklift SN 0160058156 and bucket; cost $86,764.07; NBV $0; sale proceeds $5,412.50 | 06/16/26; $5,412.50 |
| Monahans Iron & Metal; 1044 West A Street, Monahans, TX 79756 | Scrap water towers, PDUs, mining boxes, wire, dry-cooler parts, motors, and other site scrap; gross proceeds | 02/04/26-07/17/26; $52,126.96 |
| Megawatt Equipment Company; 32501 Gordon Side Rd., Fulshear, TX 77441; 346-539-7699 | Two boxes of mixed scrap boards | 03/03/26; $400.00 |
| Geng Xin, buyer; Beijing, China; +86 136 9325 5145 | Shandong Volks LQJZ-700 Dry Cooler WK56; 35,000 RMB; cost $26,694.26; proceeds $5,152.14 | 07/09/26; $5,152.14 |
| **TOTAL** | | **$63,091.60** |

Note: Monahans is reported at gross scrap value: the February tickets total $938.20 before $200 was separately used for cleaning, and the $2,324.21 July check dated 07/31/2026 relates to prepetition scrap through 07/17/2026. The $400 Megawatt sale is separate. The 06/23/2023 PPM land transfer was outside the two-year lookback; write-offs with no identified recipient remain workpaper-only.

## Q14 - Previous addresses used within three years

| Address | From | To |
|---|---|---|
| 7718 Wood Hollow Drive, Suite 201, Austin, TX 78731 | 02/01/22 | 11/30/23 |
| 3415 Greystone Drive, Suite 205, Austin, TX 78731 | 12/01/23 | Current |
| 3072 FM 1927, Pyote, TX 79777 (Pyote campus) | 02/25/22 | Current |
| 4143 US Highway 285, Pecos, TX 79772 (Tarbush campus) | 01/01/22 | Current |

Note: Wood Hollow occupied period: 02/01/2022-11/30/2023. Greystone commenced 12/01/2023 and is extended through 11/30/2027. Pyote date is the 85.47-acre deed date. Tarbush date is the surface-use agreement effective date; its initial 20-year term runs through 12/31/2041.

## Q16 - Customer personally identifiable information

| Information retained | Privacy policy |
|---|---|
| Limited customer contact and account information, including names, email addresses, telephone numbers, billing addresses, and service or account records, to the extent retained. | No policy located in records reviewed |

## Q18 - Closed financial accounts

| Institution / account | Date | Last balance | Explanation |
|---|---|---|---|
| PNC Bank, P.O. Box 609, Pittsburgh, PA 15230-9738 / checking ending 7157 | Closed 07/20/26 | $657,311.92 | Transferred to Lonestar Dream; final bank statement TBC |

## Q20 - Off-premises storage

| Facility | Access | Contents | Status |
|---|---|---|---|
| Shandong Volks Air Conditioner Group Co., Ltd.; Intersection of Tianqu East Road and Chongde Fifth Avenue, Economic Development Zone, Dezhou, Shandong 253000, China | Warehouse personnel & Lonestar management | 44 dry coolers physically counted 07/22/26 | Yes at filing |
| Shandong Liangtai Logistics Co., Ltd. – Weifang warehouse; Weifang, Shandong, China | Warehouse personnel & Lonestar management | 1,012 PDUs and 30 control cabinets | Yes at filing |

Note: The previously separate facility label was confirmed in the 08/24/2026 CRO meeting to refer to the Weifang warehouse and is not listed separately.

## Q21 - Property held or controlled for another

| Owner | Location | Property | Value |
|---|---|---|---|
| DBR Land LLC; 5555 San Felipe Street, Suite 1200, Houston, TX 77056 | 4143 US Highway 285, Pecos, TX 79772 (Tarbush) | Freshwater-well equipment potentially owned by DBR | TBC |

Note: Elektron customer equipment is disclosed by Lonestar Dream, the contracting host that held or controlled it. Tarbush and Pyote are physical sites, not separate custodial entities.